CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAY 15 2006
JOHN F. CORCORAN, CLERK
BY: /s/ HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS CLAYTON BALDWIN,<br>Petitioner, | )<br>) Civil Action No. 7:06CV00109<br>) |
| v. | ) **FINAL ORDER**<br>) |
| DANIEL A. BRAXTON, WARDEN,<br>Respondent. | ) By: Hon. Jackson L. Kiser<br>) United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the respondent's motion to dismiss shall be **GRANTED**, and the petition shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This 15th day of May, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge